UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN BELTRAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>　　　　　　Defendant. | CASE NO. 2:17-CV-01118-DWC<br><br>ORDER ON STIPULATED MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §§ 2412 (d) |

　　This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 5. This matter is before the Court on Plaintiff's "Stipulated Motion for Award of Attorney's Fees Pursuant to 28 U.S.C. § 2412(d)." Dkt. 15.

　　Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), Plaintiff's motion and affidavit (Dkt. 15, 15-2), and the relevant record, the Court orders EAJA attorney's fees of $6,867.97 ("EAJA Award") be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

ORDER ON STIPULATED MOTION FOR
ATTORNEY FEES PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT, 28 U.S.C. §§ 2412 (D)
- 1

The Acting Commissioner shall contact the Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to Tha Win, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall be mailed to Plaintiff's counsel, Tha Win, 606 Maynard Avenue South, Suite 201, Seattle, WA 98104.

Dated this 28th day of June, 2018.

David W. Christel
United States Magistrate Judge